IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| BRIAN FLANAGAN, M.D., | |
| Plaintiff, | |
| v. | Civil Action No. 3:24-cv-02471-B |
| MERRICK B. GARLAND, in his official capacity as U.S. Attorney General, et al. | |
| Defendants. | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
AND REQEUST FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendants Merrick B. Garland, in his capacity as U.S. Attorney General, United
States Department of Justice, and Anne M. Milgram, in her official capacity as
Administrator of the Drug Enforcement Administration (DEA), (collectively,
Defendants), hereby respond to the Complaint filed by Brian Flanagan, M.D. (Plaintiff).
All allegations not specifically admitted, denied, or otherwise responded to below are
hereby denied. Moreover, to the extent that the Complaint refers to or quotes from
external documents, statutes, or other sources, Defendants may refer to such materials for
their accurate and complete contents; however, Defendants' references are not intended
to be, and should not be construed to be, an admission that the cited materials are: (a)
correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c)
admissible in this, or any other, action. Defendants respond to the Complaint as follows

**Defendants' Answer to Plaintiff's Complaint – Page 1**

in the correspondingly numbered paragraphs:

## <u>INTRODUCTION</u>

1.      The allegations contained in paragraph 1 consist of Plaintiff's characterization of this action, including the purpose of the action, to which no response is required. To the extent that a response is required, Defendants admit that Plaintiff brings this Complaint for Declaratory and Injunctive relief against Defendants, and denies Plaintiff is entitled to the relief he seeks in this action.

2.      Defendants admit that an Order to Show Cause (OSC) was issued to Plaintiff.  Paragraph 2 also contains quotations from the OSC, to which no response is required.  To the extent that a response is required, Defendants respectfully refer the Court to the OSC for a complete and accurate statement of its contents.

3.      Defendants lack sufficient information and belief to either admit or deny the allegations in paragraph 3.

4.      Paragraph 4 consists of Plaintiff's interpretation of legal authority, citations and quotations, to which no response is required. To the extent a response is required, Defendants respectfully refer the Court to the case law and statutes cited for a complete and accurate statement of their contents.

5.      Defendants deny the allegations in paragraph 5 of the Complaint. To the extent that paragraph 5 contains quotations and citations to legal authority, Defendants respectfully refer the Court to the case law cited for a complete and accurate statement of their contents.

6.      Defendants deny the allegations in paragraph 6 of the Complaint.

7.    Defendants deny that Plaintiff is entitled to the relief that he seeks in his Complaint, and denies the remaining allegations set forth in paragraph 7 of the Complaint.

## PARTIES

8.    Defendants lack sufficient information and belief to either admit or deny the allegations in paragraph 8.

9.    Admit.

10.    Admit.

11.    Admit.

12.    Admit.

## JURISDICTION AND VENUE

13.    Paragraph 13 consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

14.    Paragraph 14 consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

## JURISDICTION AND VENUE

A.    Sub-heading A contains no allegations to admit or deny.

15.    Defendants lack sufficient information and belief to either admit or deny the allegations in paragraph 15.

B.      Sub-heading B contains legal conclusions regarding the authority governing

Plaintiff's DEA Registration, to which no response is required.  To the extent a response

is required, Defendants respectfully refer the Court to the cited statute and implementing

regulations for a complete and accurate statement of their contents.

16.      Paragraph 16 consists of legal conclusions regarding the governance of

Plaintiff's activities pursuant to certain cited statutes and regulations, to which no

response is required.  To the extent a response is required, Defendant respectfully refers

the Court to the cited statute and regulation for complete and accurate statements of their

contents.

17.      Paragraph 17 consists of Plaintiff's interpretation of legal authority and

citations to regulations, to which no response is required.  To the extent a response is

required, Defendants admit that the DEA is tasked with enforcing the Controlled

Substances Act (CSA), and respectfully refers the Court to the CSA and its implementing

regulations for a complete and accurate statement of their contents.

18.      Paragraph 18 consists of Plaintiff's interpretation of legal authority and

citations to statutes, to which no response is required.  To the extent a response is

required, Defendants respectfully refer the Court to the cited statutes for a complete and

accurate statement of their contents.

19.      Defendants deny the factual allegations set forth in paragraph 19 of the

Complaint.

C.      Defendants deny the allegations in sub-heading C of the Complaint.

20.      Admit.

21.     Paragraph 21 is comprised of Plaintiff's interpretations of legal authority which do not require a response. To the extent a response is required, Defendants deny the allegations in Paragraph 21 of the Complaint.

22.     Paragraph 22 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited case for a complete and accurate statement of its contents. To the extent there are factual allegations made in this paragraph, Defendants deny such allegations.

23.     Paragraph 23 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited case for a complete and accurate statement of its contents. To the extent there are factual allegations made in this paragraph, Defendants deny such allegations.

24.     Paragraph 24 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited cases and statutes for a complete and accurate statement of their contents. To the extent there are factual allegations made in this paragraph, Defendants deny such allegations.

25.     Paragraph 25 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited cases for a complete and accurate statement of their contents. To the extent there are factual allegations made in this

paragraph, Defendants deny such allegations.

26.     Paragraph 26 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited cases, statutes and regulations for a complete and accurate statement of its contents. To the extent there are factual allegations made in this paragraph, Defendants deny such allegations.

27.     Paragraph 27 is comprised of Plaintiff's interpretation of legal authority and citations that do not require a response.  To the extent a response is required, Defendants respectfully refer to the language set forth in the cited cases for a complete and accurate statement of their contents. To the extent there are factual allegations made in this paragraph, Defendants deny such allegations.

**CAUSE OF ACTION**
**CLAIM ONE**
**Application for Injunctive Relief (U.S. Const. Art. II, §§ 1, 3)**

28.     Defendants incorporate each response in paragraphs 1-28 as if fully set forth here.

29.     Defendants deny the allegations in paragraph 29.

30.     Defendants deny the allegations in paragraph 30.

**CLAIM TWO**
**Declaratory Judgment (28 U.S.C. § 2201)**

31.     Defendants incorporate each response in paragraphs 1-28 as if fully set forth here.

32.     Defendants deny the allegations in paragraph 31.

33.    Defendants deny the allegations in paragraph 32.

## PRAYER FOR RELIEF

Defendants deny the allegations in the prayer, and deny that Plaintiff is entitled to recovery under any of the theories alleged in the Complaint.  Defendants asks that judgment be entered in favor of Defendants.

## GENERAL DENIAL

Any allegation contained in Plaintiff's amended complaint that has not been specifically and expressly admitted is hereby denied.

## Defenses

As separate and complete defenses hereto, and without waiving any of the above, Defendants offer the following defenses:

1.    The Court lacks subject matter jurisdiction over some or all of the claims in Plaintiff's Complaint.

2.    Plaintiff's Complaint fails to state a claim or any claim upon which relief can be granted against Defendants.

3.    To the extent that federal common law or statutory law governing this type of action limits Plaintiff's causes of action, damages, or recoveries or the Defendants' liability, such laws and limitations apply in this case.

4.    To the extent requested, Plaintiff is not entitled to attorneys' fees and/or costs incurred in this action.

5.    Defendants hereby specifically preserve any and all other defenses, not currently known, which they have or through discovery they learn may be applicable.

### Prayer for Relief

Having fully answered Plaintiff's Complaint, Defendants ask the Court to enter judgment against Plaintiff, dismiss Plaintiff's lawsuit with prejudice, assess costs against Plaintiff, and award Defendants all other relief the Court deems appropriate.

Respectfully Submitted,

LEIGHA SIMONTON
United States Attorney

*/s/ Dawn Whalen Theiss*
DAWN WHALEN THEISS
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8600
Facsimile:    214-659-8807
Dawn.theiss@usdoj.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

On December 20, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>*/s/ Dawn Whalen Theiss*</u>
DAWN WHALEN THEISS
Assistant United States Attorney